## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| ANTHONY MORGAN, | ) |
| | ) |
| Plaintiff, | ) Case No. 1:22-cv-01049-CFC |
| | ) |
| vs. | ) |
| | ) |
| MANTECH INTERNATIONAL CORPORATION, KEVIN M. PHILLIPS, RICHARD L. ARMITAGE, MARY K. BUSH, BARRY G. CAMPBELL, RICHARD J. KERR, KENNETH A. MINIHAN, and PETER LAMONTAGNE, | ) ) ) JURY TRIAL DEMANDED ) ) ) |
| | ) |
| Defendants. | ) |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff voluntarily dismisses the claims in the above-captioned action (the "Action"). Defendants have neither served an answer or a motion for summary judgment in the Action.

Dated: September 15, 2022

**LONG LAW, LLC**

By:   */s/ Brian D. Long*
Brian D. Long (#4347)3
3828 Kennett Pike, Suite 208
Wilmington, DE 19807
Telephone: (302) 729-9100
Email: BDLong@longlawde.com

*Attorneys for Plaintiff*